**STATE of Missouri, Respondent,**

v.

**Charles GREER, Appellant.**

**No. WD 52961.**

Missouri Court of Appeals, Western District.

June 24, 1997.

Rosemary E. Percival, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jill C. LaHue, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

*ORDER*

PER CURIAM:

Charles Greer appeals from his conviction by jury for murder in the second degree,

---

**2.** Intent to escape is an element of the offense with which Defendant was charged. *See* MAI-

CR 3d 329.74.

§ 565.021, RSMo 1994 and armed criminal action, § 571.015, RSMo 1994. Greer was sentenced to two concurrent terms of twenty years in the Missouri Department of Corrections.

Judgment affirmed. Rule 30.25(b).